KARLO MORATO-RODRIGUEZ, Appellant, v RIVA CONSTRUCTION GROUP, INC., Defendant, and 1412 BROADWAY, LLC, et al., Respondents.

Submitted April 3, 2017; decided June 6, 2017

1026

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.